IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
BILLY KEITH ELLISON,          )
                              )
     Plaintiff,               )
                              )    CIVIL ACTION NO.
     v.                       )      2:21cv716-MHT
                              )          (WO)
STATE OF ALABAMA, et al.,     )
                              )
     Defendants.              )
```

## OPINION

Plaintiff filed this lawsuit asserting incomprehensible claims against multiple defendants. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed without prejudice. There are no objections to the recommendation. After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 1st day of February, 2023.

                                            /s/ Myron H. Thompson
                                   UNITED STATES DISTRICT JUDGE